

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2014

No. 04-13-00293-CV

**IN THE INTEREST OF N.J.D. A CHILD**,

From the 216th Judicial District Court, Bandera County, Texas
Trial Court No. FL-11-356
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Upon certification to the entire court pursuant to Rule 16.3(b) of the Texas Rules of Appellate Procedure, the remaining justices have unanimously voted to deny the motion to recuse Justice Rebeca Martinez. Accordingly, the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court